UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:21-cv-00044-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. INTERNAL REVENUE SERVICE, et al., | |
| Defendants. | |

Plaintiff David Perryman, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. No timely objections to the findings and recommendations were filed.

On August 16, 2021, Plaintiff filed a request for an extension of time to file objections. (ECF No. 12.) That request is hereby DENIED as Plaintiff has not explained why the request was filed after time expired for him to file objections as required under Federal Rule of Civil Procedure 6(b)(1)(B).

1

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 12) is DENIED;
2. The Findings and Recommendations filed July 1, 2021 (ECF No. 10), are ADOPTED IN FULL; and
3. This action is DISMISSED without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 30, 2021

Troy L. Nunley
United States District Judge