UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:21-cv-00044 TLN CKD P |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. INTERNAL REVENUE SERVICE, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed a motion asking that the Court reconsider its August 21, 2021 Order dismissing this case without prejudice. (ECF No. 15.) A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263.

Plaintiff does not present newly discovered evidence suggesting this matter should not have been dismissed, and there has been no change in relevant law. Furthermore, the Court finds that, after a *de novo* review of this case, dismissal of this case was neither erroneous nor manifestly unjust.

1

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration (ECF
2 | No. 15) is DENIED.
3 | Date:  September 29, 2021

Troy L. Nunley
United States District Judge

2